# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

WILLIAM MCNEIL,

     Plaintiff

v.

                             Case No. 25-cv-2975-TDC

MARRIOTT INTERNATIONAL, INC. AND
MARRIOTT INTERNATIONAL, INC.
CORPORATE BENEFITS DEPARTMENT,
                  Defendants.

## <u>MARRIOTT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT</u>

Defendants Marriott International, Inc. and Marriott International, Inc. Corporate Benefits Department (collectively, "Marriott") respectfully move this Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice Plaintiff William McNeil's First Amended Complaint in its entirety.  In support of this motion, Marriott submits the accompanying memorandum of law, as well as a proposed order.

Dated: January 5, 2026

                                        */s/ Lindsay C. Harrison*
                                        Lindsay C. Harrison (Bar No. 21445)
                                        JENNER & BLOCK LLP
                                        1099 New York Avenue, NW
                                        Suite 900
                                        Washington, D.C.
                                        (202) 639-6000
                                        LHarrison@jenner.com

                                        Joseph J. Torres (*pro hac vice*)
                                        Alexis E. Bates (*pro hac vice*)
                                        JENNER & BLOCK LLP
                                        353 North Clark Street
                                        Chicago, IL 60654-3456
                                        (312) 840-8685
                                        JTorres@jenner.com

ABates@jenner.com

*Counsel for Defendants Marriott International, Inc. and Marriott International, Inc. Corporate Benefits Department*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

<u>*/s/ Lindsay C. Harrison*</u>